COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:       Kyle Edward Mutters v. The State of Texas

Appellate case number:     01-16-00064-CR

Trial court case number:   1346494

Trial court:               183rd District Court of Harris County

This case was abated and remanded to the trial court based on appointed counsel's failure to timely file a brief on appellant's behalf.  On November 2, 2016, counsel, Kelly Ann Smith, submitted a brief on appellant's behalf.  Accordingly, we withdraw our October 11, 2016 abatement order, and reinstate this case on the Court's active docket.

Appellant's brief is filed as of November 2, 2016. The State's brief, if any, is due within 30 days of the date of this order.  *See* TEX. R. APP. P. 38.6(b).

It is so ORDERED.


Judge's signature: /s/ Russell Lloyd
                   ☒  Acting individually

Date: November 8, 2016